# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO 18-5026-GF-JTJ |
|---|---|
| Plaintiff, | **JUDGMENT OF ACQUITTAL** |
| vs. | |
| JOHN A. MCNEELY, | |
| Defendant. | |

The Court conducted a bench trial in this matter on October 11, 2018.

IT IS ORDERED:

Defendant John A. McNeely is ACQUITTED of the charge of Cruelty to Animals.

DATED this 7th day of December, 2018.

_____
John Johnston
United States Magistrate Judge