# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN A. MCNEELY,<br><br>Defendant. | PO-18-5026-GF-JTJ<br><br>Location Code: M13<br><br>ORDER |

The Defendant, John McNeely over paid his fine in this case in the amount of $86.66. Accordingly, **IT IS HEREBY ORDERED** that the Central Violations Bureau will refund the defendant $86.66.

DATED this 7th day of October, 2018.

_____
John Johnston
United States Magistrate Judge